IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG M. HOWARD, | : | CIVIL ACTION NO. |
| Plaintiff | : | 1:CV-01-797 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Liberty Mutual Group, | : | |
| Defendant | : | |

FILED
HARRISBURG, PA

JUL - 2 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**O R D E R**

AND NOW this 2nd day of July, 2001, in connection with the telephone conference held today, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff has 10 days to file an amended complaint.

2. Both parties are directed to file a letter brief, not to exceed five (5) pages in length, regarding the scope of discovery.

_____
Yvette Kane
United States District Judge