IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG M. HOWARD** | : CIVIL ACTION NO. 1:CV-01-797 |
| **Plaintiff** | : |
| v. | : (Judge Kane) |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | : |
| **Defendant** | : |

FILED
HARRISBURG, PA

SEP 10 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

<u>O R D E R</u>

AND NOW, this 10th day of September, 2001, **IT IS HEREBY ORDERED THAT** a Case Management Conference is scheduled for September 27, 2001, at 11:30 a.m. This conference **will be held by telephone. The placement of the telephone conference call is the responsibility of plaintiff's counsel. The telephone number of the court is 717-221-3990.**

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 10, 2001

Re:  1:01-cv-00797    Howard v. Liberty Life Assuran

True and correct copies of the attached were mailed by the clerk to the following:

Judge John C. Dowling, Esq.
Rhoads & Sinon
One South Market Sq.
P.O. Box 1146
Harrisburg, PA  17108-1146

William C. Foster, Esq.
Kelly McLaughlin & Foster
1617 JFK Blvd
Suite 1690
Philadelphia, PA  19103 Fax No.: 215-895-0675

Steven L. Chung, Esq.
Kelly, McLaughlin & Foster, LLP
1617 JFK Boulevard
Suite 1690
Philadelphia, PA  19103

```
cc:
Judge                          (✓)         ( ) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
```

9-10-01

