

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG M. HOWARD<br>  Plaintiff | :<br>:<br>: |
| v. | : CASE NO: 1:CV-01-797 |
| | : |
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>LIBERTY MUTUAL GROUP,<br>  Defendant | : JUDGE KANE<br>:<br>:<br>: JURY TRIAL DEMANDED |

**FILED**
**HARRISBURG**

JAN 1 4 2001

MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK

## ORDER

AND NOW, this 10th day of January, 200_, it is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order is hereby GRANTED. It is further ORDERED that all fact discovery shall be completed by February 25, 2002 and all dispositive motions along with supporting briefs shall be filed by April 15, 2002.

BY THE COURT:

_____
HONORABLE YVETTE KANE

413160.1

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 14, 2002

Re: 1:01-cv-00797   Howard v. Liberty Life Assuran

True and correct copies of the attached were mailed by the clerk to the following:

Judge John C. Dowling, Esq.
Rhoads & Sinon
One South Market Sq.
P.O. Box 1146
Harrisburg, PA  17108-1146

William C. Foster, Esq.
Kelly McLaughlin & Foster
1617 JFK Blvd
Suite 1690
Philadelphia, PA  19103 Fax No.: 215-895-0675

Steven L. Chung, Esq.
Kelly, McLaughlin & Foster, LLP
1617 JFK Boulevard
Suite 1690
Philadelphia, PA  19103

cc:
| | | |
|---|---|---|
| Judge | (✓) | ( ) Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) INS |
| U.S. Marshal | ( ) | ( ) Jury Clerk |
| Probation | ( ) | |
| U.S. Attorney | ( ) | |
| Atty. for Deft. | ( ) | |
| Defendant | ( ) | |
| Warden | ( ) | |
| Bureau of Prisons | ( ) | |
| Ct Reporter | ( ) | |
| Ctroom Deputy | ( ) | |
| Orig-Security | ( ) | |
| Federal Public Defender | ( ) | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail |

1-14-02