ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG M. HOWARD** : | |
| Plaintiff, : | |
| : | Case No. 1:CV-01-0797 |
| v. : | (Judge Yvette Kane) |
| : | |
| **LIBERTY LIFE ASSURANCE** : | |
| **COMPANY OF BOSTON,** : | |
| **LIBERTY MUTUAL GROUP** : | |
| : | |
| Defendant. : | |

FILED
HARRISBURG, PA
JUN 1 7 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### AMENDED CERTIFICATE OF SERVICE
### OF DEFENDANT'S MOTION IN LIMINE

I, William C. Foster, Esquire, hereby certify that a true and correct copy of Defendant's Motion in Limine Regarding the Scope of Evidence that Plaintiff can Present at Trial and supporting Memorandum of Law was served on 7th day of June, 2002 via United States Mail, First Class, postage pre-paid, upon the following individual:

John C. Dowling, Esquire
Rhoads & Sinon, LLP
1 South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146

KELLY, MCLAUGHLIN, FOSTER, BRACAGLIA, DALY,
TRABUCCO & WHITE, LLP

By: _____
William C. Foster, Esquire
Attorney for Defendant,
Liberty Life Assurance Company of Boston.

Date: 6/12/02