**ORIGINAL**





IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG M. HOWARD | : |
| Plaintiff | : |
| | : |
| v. | : CASE NO: 1:CV-01-797 |
| | : |
| LIBERTY LIFE ASSURANCE | : JUDGE YVETTE KANE |
| COMPANY OF BOSTON, | : |
| LIBERTY MUTUAL GROUP, | : |
| Defendant | : JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

Please enter the appearance of Robert J. Tribeck, Esquire on behalf of Plaintiff in the above-captioned action.

                                    **RHOADS & SINON LLP**

                                    By _____
                                    Robert J. Tribeck, I.D. #74486
                                    P.O. Box 1146
                                    Harrisburg, PA 17108-1146
                                    (717) 233-5731

Dated: July 22, 2002

437899.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2002, a true and correct copy of the foregoing Entry of Appearance was served by means hand delivery upon the following:

William C. Foster, Esquire
Kelly, McLaughlin & Foster, LLP
1617 J.F.K. Boulevard, Suite 1690
Philadelphia, PA 19103

_____
Robert J. Tribeck