

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG M. HOWARD<br>Plaintiff, | : <br> : <br> : |
| v. | : CIVIL ACTION NO. 1:CV-01-797 <br> : Judge Kane |
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>LIBERTY MUTUAL GROUP<br>Defendant. | : <br> : <br> : <br> : |

FILED
HARRISBURG

JUL 2 3 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MEMORANDUM AND ORDER

Now before the Court is a motion in limine filed by Defendant on June 7, 2002. The motion has been fully briefed by both parties. Thereafter, and before commencement of trial on July 22, 2002, counsel for both parties argued the motion in limine. Defendant seeks to exclude the testimony of Craig Howard and Mary Bednar. After full consideration of the briefs and arguments, **IT IS ORDERED** that the motion in limine (Doc. No. 24) is **DENIED**.

_____
Yvette Kane
United States District Judge

Dated: July 23, 2002