JUDGE <u>YVETTE KANE</u>
MIDDLE DISTRICT OF PENNSYLVANIA

LIST OF EXHIBITS

FILED
HARRISBURG
JUL 30 2002
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

NO. <u>1:CV-01-797</u>
DATE <u>July 22, 2002</u>

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| | 1 | Defendant's Claim Procedure Manual (3-Ring Black Binder) | 7/22/02 | | adm | Craig Howard |
| | 2 | Letter, dated October 13, 1999, from Daniel E. Gelb, M.D. | 7/22/02 | | adm | " |
| | 3 | Letter, dated July 24, 2000, from Stephen K. Bowers, M.D. to Felicia Boyd of Liberty Mutual | 7/22/02 | | adm | " |
| | 4 | Report of May 11, 2000 from Dr. Stuart A. Hartman of the Pennsylvania Bureau of Disability Determination | 7/22/02 | | adm | " |
| | 5 | Functional Capacity Test | 7/22/02 | | adm | " |
| | 6 | Letter, dated October 18, 2000, from Mary K. Bednar to Mr. Adkins of Liberty Mutual | 7/22/02 | | adm | " |
| | 7 | Letter, dated May 5, 2000, from Stephen K. Powers, M.D. to Dr. Andrew J. Wren | 7/22/02 | | adm | " |

43706.1

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 8 | | Note, dated 7/21/2000 from Nurse Debra Redfern on behalf of Liberty Mutual | 7/22/02 | | adm | Craig Howard |
| 9 | | Record of Conversation Memo, dated 7-25-00, from Felicia Boyd re: her conversation with Craig Howard | 7/22/02 | | adm | " |
| 10 | | Conclusion of surveillance and bills, totaling $2,124.00 performed at the request of Liberty Mutual | 7/22/02 | | adm | " |
| 11 | | File notation, dated 1-23-01 that Dr. (Powers) wants $250.00 for comments on the Functional Capacity Test | 7/22/02 | | adm | " |