AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

**JUDGMENT IN A CIVIL CASE**

CRAIG M. HOWARD,
      Plaintiff

v.            CASE NUMBER: 1:CV-01-797

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, LIBERTY MUTUAL GROUP,
      Defendant

**FILED**
HARRISBURG

NOV - 5 2002

MARY E. D'ANDREA, CLERK
Per_____
      DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of defendant Liberty Life Assurance Company of Boston, Liberty Mutual Group and against plaintiff Craig M. Howard.

Date: November 5, 2002

Mary E. D'Andrea, Clerk of Court

*Jennifer Kennedy*
(By) Jennifer Kennedy, Deputy Clerk